CHARLES NICHOLS *v.* THE LIGHTHOUSE RESTAURANT, INC., ET AL.

The intervening plaintiff Henkels & McCoy's petition for certification for appeal from the Appellate Court,

46 Conn. App. 712 (AC 16325) is granted, limited to the following issue:

"Did the Appellate Court properly conclude that a statute of limitation defense may successfully be raised against an employer who has intervened, pursuant to General Statutes § 31-293, in a cause of action that had been brought within the statutory time limitation by the originating employee-plaintiff?"

The Supreme Court docket number is SC 15799.

*James D. Moran, Jr.*, in support of the petition.

*John B. Farley* and *Kevin M. Roche*, in opposition.

Decided October 22, 1997